
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLEN CAMPBELL,                                                  JUDGMENT
                                                                14-CV-6132 (CBA) (LB)
                Plaintiff,

  v.

NASSAU COUNTY SHERIFF
DEPARTMENT OF CORRECTIONS;
SGT. CURTIN #81; OFFICER
MCKINNEY #2285,
                Defendants.
-----------------------------------------------------------------X
GLEN CAMPBELL,
                Plaintiff,                                14-CV-7330 (CBA) (LB)

  v.

NASSAU COUNTY SHERIFF
DEPARTMENT OF CORRECTIONS;
 SGT. CURTIN #81; OFFICER
MCKINNEY #2285; OFFICER
RAZENSON #3024,
                Defendants.
-------------------------------------------------------------------X

        An Order of Honorable Carol B. Amon, United States District Judge, having been filed on December 20, 2017, dismissing both actions; and directing the Clerk of Court to close both 14-CV-6132 and 14-CV-7330; it is

        ORDERED and ADJUDGED that both actions are dismissed; and that both 14-CV-6132 and 14-CV-7330 are hereby closed.


Dated: Brooklyn, New York                              Douglas C. Palmer
       December 21, 2017                              Clerk of Court

                                                      By:   */s/Jalitza Poveda*_____
                                                                Deputy Clerk